NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**CAROL SUE ROBERSON,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————————

2014-5071

———————————————

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00844-MMS, Judge Margaret M. Sweeney.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Upon consideration of Carol Sue Roberson's motion to withdraw her appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  All pending motions are denied as moot.

(3)  Each side shall bear its own costs.

2                                      ROBERSON v. US

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26

ISSUED AS A MANDATE: May 14, 2014